T & S Med. Supply Corp. v MVAIC (2020 NY Slip Op 51327(U))

[*1]

T & S Med. Supply Corp. v MVAIC

2020 NY Slip Op 51327(U) [69 Misc 3d 139(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-1724 K C

T & S Medical Supply Corp., as
Assignee of Acosta, Emmanuel, Appellant, 
against
MVAIC, Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Marshall & Marshall, PLLC (Jeffrey Kadushin of counsel), for respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered June 27, 2018. The judgment, after a nonjury trial, dismissed the
complaint.

ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the
Civil Court for a new trial on the issue of whether the requested verification remains
outstanding.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that the action was premature. By
order entered June 1, 2016, the Civil Court found that defendant had established that it had
timely requested additional verification, and held, in effect pursuant to CPLR 3212 (g), that the
only issue for trial was whether plaintiff had provided the requested verification to defendant. At
a nonjury trial held on January 8, 2018, the Civil Court noted that the only issue to be determined
was whether plaintiff had provided the requested verification, stated that the burden was on
plaintiff, and directed plaintiff to call its first witness. Plaintiff did not call any witnesses, arguing
that the burden was on defendant to first establish that it had not received the requested
verification. With no testimony having been presented, the Civil Court found for defendant on
the ground that plaintiff had failed to demonstrate that it had provided the requested verification.
Plaintiff appeals from a judgment entered June 27, 2018 dismissing the complaint.
For the reasons stated in Island Life
Chiropractic, P.C. v Travelers Ins. Co. (64 Misc 3d 143[A], 2019 NY Slip Op 51273[U]
[App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]), the judgment is reversed and the
matter is remitted to the Civil Court for a new trial on the issue of whether the requested
verification remains outstanding.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020